### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**WENDELL DUNCAN**                                    **PETITIONER**

**V.**                           **CIVIL ACTION NO.: 4:18CV6-MPM-DAS**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS,**
**RECORDS DEPARTMENT**                              **RESPONDENT**

### FINAL JUDGMENT

In accordance with the Order entered today, Respondent's motion to dismiss is

**GRANTED**, and the petition in this cause is **DISMISSED** with prejudice.  A certificate of

appealability is **DENIED**.

         **SO ORDERED** this 19th day of June, 2018.

                           /s/ Michael P. Mills
                           UNITED STATES DISTRICT JUDGE